**ROMANO STANCROFF PC**
Mark Romano, Esq. (SBN 244113)
Timothy Whelan, Esq. (SBN 255037)
Aliaksandra Valitskaya, Esq. (SBN 320680)
360 N. Pacific Coast Hwy., Suite 1010
El Segundo, CA  90245
Telephone: (310) 477-7990
Fax: (310) 477-7995
mark@thelemonlawattorneys.com

Attorneys for Plaintiff,
DANIELLE HOGUE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIELLE HOGUE,**<br><br>          Plaintiff,<br><br>    vs.<br><br>**NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,**<br><br>          Defendants. | Case No.: 5:23−cv−02119−KK−SP<br><br>**NOTICE OF SETTLEMENT** |

        TO:  THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff DANIELLE HOGUE, and Defendant NISSAN NORTH AMERICA, INC., have reached a settlement in the above-referenced case.

The parties anticipate an executed Stipulation of Dismissal of the entire action will be filed within 120 days of this Notice.

DATED: May 9, 2024              ROMANO STANCROFF PC

/s/ *Mark Romano*
Mark Romano, Esq.
Attorneys for Plaintiff,
Danielle Hogue