1  **ROMANO STANCROFF PC**
   Mark Romano, Esq. (SBN 244113)
2  Timothy Whelan, Esq. (SBN 255037)
3  Aliaksandra Valitskaya, Esq. (SBN 320680)
   360 N. Pacific Coast Hwy., Suite 1010
4  El Segundo, CA  90245
5  Telephone: (310) 477-7990
   mark@thelemonlawattorneys.com
6  Attorneys for Plaintiff,
7  DANIELLE HOGUE

8
   **SHOOK, HARDY & BACON L.L.P.**
9  Jason M. Richardson, Esq. (SBN 250916)
10 Russell L. Taylor, Esq. (SBN 345844)
   555 Mission Street, Suite 2300
11 San Francisco, CA 94105
12 Telephone: (415) 544-1900
13 eService-Nissan@shb.com
   Attorneys for Defendant
14 NISSAN NORTH AMERICA, INC.

15
16                 **UNITED STATES DISTRICT COURT**
17                 **CENTRAL DISTRICT OF CALIFORNIA**
18

19 | **DANIELLE HOGUE,** | Case No.: 5:23−cv−02119−KK−SP |
20 |         Plaintiff, | |
21 |         vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
22 | | |
23 | **NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive**, | |
24 | | |
25 | | |
26 |         Defendants. | |
27
28

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Danielle Hogue, and Defendant, Nissan North America, Inc., by and through their respective attorneys of record, hereby stipulate that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. All issues pertaining to the case, including the claim for attorney's fees and costs, have been resolved through the parties' settlement agreement.

**ROMANO STANCROFF PC**

*/s/* Mark Romano
_____
Mark Romano, Esq.
Timothy Whelan, Esq.
Attorneys for Plaintiff,
Danielle Hogue


**SHOOK, HARDY & BACON L.L.P.**

/s/Jason Richardson
_____
Jason M. Richardson, Esq.
Attorney for Defendant
Nissan North America, Inc.

## CERTIFICATION

I hereby certify that I have express permission to affix the signature of Jason M. Richardson, Esq. to this joint stipulation and that Jason M. Richardson expressly approves of the content of this joint stipulation.

Dated: May 28, 2024						**ROMANO STANCROFF PC**

							*/s/* Mark Romano
							Mark Romano, Esq.
							Timothy Whelan, Esq.
							Attorneys for Plaintiff,
							Danielle Hogue